FILED
FEB 1 2 2008
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. **2:08cr26-MHT** |
| v. ) | [21 USC 841(a)(1)] |
| ) | |
| BRIAN EDGAR PERNELL ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about August 24, 2006, in the Middle District of Alabama, the defendant,

**BRIAN EDGAR PERNELL**,

did knowingly and intentionally distribute a quantity of a mixture and substance containing cocaine hydrochloride, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_/s/ Maria A. Halling_
Foreperson

_/s/ Susan R. Redmond_
Susan R. Redmond
Assistant United States Attorney