IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:08CR-26-MHT |
| | ) | |
| BRIAN EDGAR PERNELL | ) | |

**ORDER**

Following arraignment of the defendant, this case was set on a criminal term which is not a regular criminal term of the assigned District Judge. Accordingly, counsel for the government and the defendant are DIRECTED to jointly contact IMMEDIATELY the assigned District Judge for further consideration of scheduling the trial of this case.

Done this 7th day of March, 2008.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE