IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO: 2:08-CR-0026-MHT |
| | ) | |
| **BRIAN EDGAR PERNELL** | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Michael J. Petersen, and enters his appearance on behalf of Defendant, **BRIAN EDGAR PERNELL,** in the above-styled case.

Dated this 7th day of March 2008.

                                      Respectfully submitted,

                                      s/ Michael J. Petersen
                                      MICHAEL J. PETERSEN
                                      Assistant Federal Defender
                                      201 Monroe Street, Suite 407
                                      Montgomery, Alabama 36104
                                      Phone: (334) 834-2099
                                      Fax: (334) 834-0353
                                      E-mail: michael_petersen@fd.org
                                      ASB-5072-E48M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO: 2:08-CR-0026-MHT |
| | ) | |
| **BRIAN EDGAR PERNELL** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan R. Redmond, Esq., Assistant U.S. Attorney, 131 Clayton Street, Montgomery, AL 36101.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M