### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 2:08-CR-0026-MHT |
| | ) | |
| BRIAN EDGAR PERNELL | ) | |

### UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, **BRIAN EDGAR PERNELL**, by undersigned counsel, Michael J. Petersen, and pursuant to 18 U.S.C. § 3161(h), respectfully moves this Court to continue this matter from the May 5, 2008 trial docket.

In support of this motion, the Defendant would show that such continuance will serve the ends of justice, and will permit undersigned counsel to properly investigate this matter in order to advise Mr. Pernell as to the ramifications of either a trial or a negotiated settlement, or an open plea, based on the following circumstances:

1. The attorney for the Government in this case, Susan R. Redmond, Esq., does not oppose this motion.

2. On February 12, 2008, a one-count Indictment was returned against Mr. Pernell alleging a violation of 21 U.S.C. §841(a)(1) on or about August 24, 2006.

3. On March 3, 2008 Mr. Pernell was arrested and an Arraignment was held on March 6, 2008. (Doc #9). At the Arraignment, Mr. Perrnell entered pleas of not guilty as the count contained in the Indictment. (Doc #9).

4. On March 7, 2008, an Order on Arraignment was issued setting the trial in this matter for May 5, 2008. (Doc #9).

5.  Because this case is nearly two years old and involved several individuals as named in the discovery, undersigned counsel needs additional time to adequately investigate, prepare for trial, or negotiate a pretrial resolution of this matter. As such, a continuance is essential to properly complete the investigation of this case.

6.  While requests for a continuance are addressed to the sound discretion of the trial court, *United States v. Darby*, 744 F.2d 1508, 1521(11thCir. 1984),*reh'g denied* 749 F.2d 733, *cert. denied*, 471 U.S. 1100 (1985), undersigned counsel feels that, in this case, the ends of justice will be served by allowing the defense adequate time to review all potentially relevant information and to interview all potential witnesses in order to adequately prepare a defense to the charges contained in the Indictment or to negotiate a plea agreement. Without such a continuance, undersigned counsel would be deficient in his professional responsibilities if he were to go forward without having completely reviewed and discussed the ramifications of either plea or trial with his client

**WHEREFORE**, based upon the foregoing, the Defendant, by and through undersigned counsel moves this Court for an Order continuing this matter to this Court's next regular Northern Division trial term on June 23, 2008, in order to properly pursue an investigation and make an informed decision as to whether to proceed to trial or negotiate a pre-trial resolution of this matter.

Dated this 17th day of March, 2008.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO: 2:08-CR-0026-MHT |
| | ) | |
| **BRIAN EDGAR PERNELL** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Susan R. Redmond, Esq., Assistant U.S. Attorney, 131 Clayton Street, Montgomery, AL 36101.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M