IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:08-cr-26-MHT |
| | ) | |
| BRIAN EDGAR PERNELL | ) | |

### NOTICE OF INFORMATION TO ESTABLISH PRIOR CONVICTION

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and provides this Honorable Court and Defendant with notice of information of prior felony drug convictions for the purpose of increased punishment in accordance with Title 21, United States Code, Sections 841(b)(1)(A)(iii), 841(b)(1)(B)(ii), 841(b)(1)(D) and 851.

Copies of the prior convictions, Unlawful Possession of a Controlled Substance, Houston County, Alabama, case number CC-99-1671; and Possession of Marijuana 1st Degree, Houston County, Alabama, case number CC-00-858, are attached. As disclosed in previous correspondence, the United States intends to introduce these convictions during the trial of the instant case, where admissible pursuant to applicable federal law.

Respectfully submitted this 1st day of May, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
334.223.7280
334.223.7138 fax
susan.redmond@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:08-cr-26-MHT |
| | ) | |
| BRIAN EDGAR PERNELL | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to attorney for the Defendant: Michael J. Petersen.

    Respectfully submitted,

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/ Susan R. Redmond
    SUSAN R. REDMOND
    Assistant United States Attorney
    131 Clayton Street
    Montgomery, Alabama 36104
    Telephone: (334) 223-7280
    Fax: (334) 223-7138
    susan.redmond@usdoj.gov

```
ACR359                    ALABAMA JUDICIAL DATA CENTER
                                HOUSTON COUNTY
         COURT COPY          TRANSCRIPT OF RECORD
                              CONVICTION REPORT
                                                   CC 2000 000858.00 01
                                                   LARRY K ANDERSON
```

| | |
|---|---|
| CIRCUIT COURT OF HOUSTON COUNTY | COURT ORI: 038015 J |
| STATE OF ALABAMA       VS.<br>PERNELL BRIAN EDGAR    ALIAS:<br>% HOUSTON COUNTY JAIL   ALIAS:<br>DOTHAN  AL 36302 | DC NO: DC 2000 001736.00<br>G J:   0000000166<br>SSN:   418283955<br>SID:   000000000<br>AIS: |

DOB: 01/01/1973  SEX: M  HT: 5 11  WT: 225  HAIR: BLK  EYE: BRO
RACE: ( )W (X)B ( )O  COMPLEXION: ___  AGE: ___  FEATURES: ___

DATE OFFENSE: 07/06/2000  ARREST DATE: 07/06/2000  ARREST ORI: 0380100

| CHARGES @ CONV | CITES | CT CL | COURT ACTION | CA DATE |
|---|---|---|---|---|
| POSS MARIJUANA 1ST | 13A-012-213 | 01 C | GUILTY PLEA | 11/09/2000 |
| | | 00 | | 00/00/0000 |
| | | 00 | | 00/00/0000 |

JUDGE: LARRY K ANDERSON        PROSECUTOR: MENDHEIM BRADY EUTAW JR

PROBATION APPLIED  GRANTED DATE    REARRESTED DATE   REVOKED DATE
( )Y( )N          ( )Y( )N         ( )Y( )N          ( )Y( )N

15-18-8, CODE OF ALA 1975   IMPOSED    SUSPENDED   TOTAL      JAIL CREDIT
( )Y( )N  CONFINEMENT:    04 00 000   00 00 000   04 00 000   00 00 126
          PROBATION:      00 00 000               00 00 000
DATE SENTENCED: 11/09/2000   SENTENCE BEGINS: 11/09/2000

| PROVISIONS | COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|---|
| PENITENTIARY | RESTITUTION | $0.00 | $0.00 |
| CONCURR SENT | ATTORNEY FEE | $489.00 | $489.00 |
| HABITUAL OFDR | CRIME VICTIMS | $200.00 | $200.00 |
| DRUG | COST | $383.00 | $383.00 |
| | FINE | $500.00 | $500.00 |
| | MUNICIPAL FEES | $0.00 | $0.00 |
| | DRUG FEES | $2060.00 | $2060.00 |
| | ADDTL DEFENDANT | $0.00 | $0.00 |
| | DA FEES | $0.00 | $0.00 |
| | COLLECTION ACCT | $0.00 | $0.00 |
| | JAIL FEES | $0.00 | $0.00 |
| | TOTAL | $3632.00 | $3632.00 |

| APPEAL DATE | SUSPENDED | AFFIRMED | REARREST |
|---|---|---|---|
| ( )Y( )N | ( )Y( )N | ( )Y( )N | ( )Y( )N |

REMARKS:                    THIS IS TO CERTIFY THAT THE
                            ABOVE INFORMATION WAS EXTRACTED
                            FROM OFFICIAL COURT RECORDS AN
                            AND IS TRUE AND CORRECT.
DEFENDANT SENTENCED TO 4 YEARS IN THE STATE OF ALABAMA PENITENTIARY.
DEFENDANT'S SENTENCE TO RUN CONCURRENT WITH CC1999-1671.
DEFENDANT SENTENCED UNDER THE HABITUAL OFFENDER ACT.

                                    *Judy Byrd* (signature)
                                    JUDY BYRD
                                    11/20/2000

OPERATOR: AML 11-20-00 *kwan*
PREPARED: 11/20/2000

State of Alabama, Houston County
I Carla Woodall, Clerk of The Circuit, Hereby
certify that this is a true and correct copy of
Transcript of Record Conviction Report
filed in this Court on Pernell Brian Edgar
This the 13 day of February, 2008.

*Carla Woodall*
Circuit Clerk

32

```
ACR359                    ALABAMA JUDICIAL DATA CENT
                               HOUSTON COUNTY
                             TRANSCRIPT OF RECORD
                              CONVICTION REPORT
                                                    CC 1999 001671.00 01
                                                    LARRY K ANDERSON
| CIRCUIT COURT OF HOUSTON COUNTY           | COURT ORI: 038015 J        |
|-------------------------------------------|----------------------------|
| STATE OF ALABAMA         VS.              | DC NO: DC 1999 000549.00   |
| PERNELL BRIAN EDGAR      ALIAS:           | G J:   0000000122          |
| C/O HOUSTON COUNTY JAIL  ALIAS:           | SSN:   418259355           |
| 164 N OATES STREET.                       | SID:   000000000           |
| DOTHAN AL  36303                          | AIS:                       |
| DOB: 01/01/1973  SEX: M  HT: 5 10  WT: 225  HAIR: BLK  EYE: BRO        |
| RACE: ( )W (X)B ( )O  COMPLEXION: _____  AGE: ____  FEATURES: _____  |
| DATE OFFENSE: 03/01/1999  ARREST DATE: 03/01/1999  ARREST ORI: 0380100 |
| CHARGES @ CONV      CITES           CT CL COURT ACTION      CA DATE    |
| POSS/REC CONTR. SU  13A-012-212     01 C  GUILTY PLEA       02/10/2000 |
|                                     0                       00/00/0000 |
|                                     0                       00/00/0000 |
| JUDGE: LARRY K ANDERSON             PROSECUTOR: MAXWELL GARY R         |
| PROBATION APPLIED  GRANTED  DATE       REARRESTED DATE   REVOKED  DATE |
| ( )Y( )N           ( )Y( )N _____   ( )Y( )N _____  (X)Y( )N 08112000 |
| 15-18-8, CODE OF ALA 1975  IMPOSED     SUSPENDED    TOTAL     JAIL CREDIT |
| ( )Y (X)N   CONFINEMENT:   03 00 000   00 00 000    03 00 000  00 00 002  |
|             PROBATION  :   00 00 000                00 00 000             |
| DATE SENTENCED: 02/10/2000      SENTENCE BEGINS: 08/11/2000               |
| PROVISIONS              COSTS/RESTITUTION           DUE         ORDERED   |
|   PENITENTIARY           RESTITUTION             $0.00          $0.00     |
|   DRUG                   ATTORNEY FEE            $276.16        $276.16   |
|                          CRIME VICTIMS           $100.00        $100.00   |
|                          COST                    $173.00        $338.00   |
|                          FINE                    $500.00        $500.00   |
|                          MUNICIPAL FEES          $0.00          $0.00     |
|                          DRUG FEES               $1000.00       $1060.00  |
|                          ADDTL DEFENDANT         $0.00          $0.00     |
|                          DA FEES                 $0.00          $0.00     |
|                          COLLECTION ACCT         $0.00          $0.00     |
|                          JAIL FEES               $0.00          $0.00     |
|                          TOTAL                   $2049.16       $2274.16  |
| APPEAL DATE   SUSPENDED     AFFIRMED       REARREST                       |
| ( )Y( )N _____ ( )Y( )N ___ ( )Y( )N _____ ( )Y( )N _____                 |
| REMARKS:                    THIS IS TO CERTIFY THAT THE                   |
|                             ABOVE INFORMATION WAS EXTRACTE                |
|                             FROM OFFICIAL COURT RECORDS AN                |
|                             AND IS TRUE AND CORRECT.                      |
| DEFT'S PROBATION REVOKED ON 8/11/2000.                                    |
|                                          JOEY BYRD                        |
| OPERATOR: JUB                                                             |
| PREPARED: 08/15/2000                                                      |
```

*[Signature]* at top: H Johnso

Date Rec'd 8/16/00
Rec'd By [signature]

Handwritten certification (lower right):
State of Alabama, Houston County
I Carla Woodall, Clerk of The Circuit, Hereby
certify that this is a true and correct copy of
Transcript of Record Conviction Report
filed in this Court on Pernell Brian Edgar
This the 13 day of February, 2008.
Carla Woodall
*Circuit Clerk*

33